UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
------------------------------------x

CALANA SL                                    Case Number: 08-CV-0520

      *Plaintiff*

   -against-                        AFFIDAVIT OF SERVICE
                 BY HAND DELIVERY

MADISON ADMINISTRATIVE SERVICES,
INC and P.M.H. INTERNATIONAL, INC
Also d/b/a HELLE COMFORT

      *Defendant*
------------------------------------x

State of New York
      SS:
County of New York

Dave Mcleod, being duly sworn, deposes and says:

1. I am not a party to this action; over eighteen years of age; reside in Old Mill Basin, New York and an employee in the office of BALLON STOLL BADER & NADLER, P.C. attorneys for Plaintiff.
2. On the 18th day of January, 2008, at approximately 5:15 p.m. I personally served the within **SUMMONS AND COMPLAINT** upon

  **Madison Administrative Services, Inc**
  **Defendant**
at 232 Madison Avenue
  Suite 1307
  New York, New York 10016

By delivering true copies of the original documents thereon to *Madison Administrative Services, Inc*., located at 232 Madison Avenue, Suite 1307, New York, New York 10016 and leaving same with *Nelson Pena, Customer Relations Manager*. Deponent describes Nelson Pena as follows: Hispanic Male, Dark Hair, Brown eyes, 5' 9" tall, approximately 150-160 pounds, approximately 30-40 years of age.

                  _____
                  Dave McLeod

Sworn to before me this
23rd day of January, 2008

_____
NOTARY PUBLIC

WILL LEVINS
Notary Public State of New York
No. 41-7510275
Qualified in Queens County
Commission Expires June 30, 20 _10_