UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE McMAHON**

CALANA SL

    Plaintiff,

-v-

MADISON ADMINISTRATIVE SERVICES, INC and P.M.H. INTERNATIONAL, INC also d/b/a HELLE COMFORT

    Defendant.

08 CV 0520

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CALANA SL     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

[Stamp: JAN 1 8 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Date: 1/18/2008

Signature of Attorney

Attorney Bar Code: SS-9840

Form Rule7_1.pdf  SDNY Web 10/2007