UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
------------------------------------------------------------------x  08 CV 0520 (CM)
CALANA SL,

                      Plaintiff,

      v.

MADISON ADMINISTRATIVE SERVICES, INC.
and P.M.H. INTERNATIONAL, INC.
also d/b/a HELLE COMFORT,

                      Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorneys hereby appear on behalf of the defendants Madison Administrative Services, Inc. and P.M.H. International, Inc. also d/b/a Helle Comfort.

Dated: New York, New York
       February 13, 2008

                                          VAIL & SCHNEIDER, P.C.
                                          Attorneys for Defendants

                                          By s/ _____
                                             Warren A. Schneider (WS3136)
                                          275 Madison Avenue - Suite 1100
                                          New York, New York 10016
                                          212-697-0808

TO:   BALLON STOLL BADER & NADLER, P.C.
        Attorneys for Plaintiff
        1450 Broadway
        New York, NY 10018
        212-575-7900

and   CLERK, UNITED STATES DISTRICT COURT
        500 Pearl Street
        New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
2008 CV 0520 (CM)
===========================================================

CALANA SL,

Plaintiff,

vs.

MADISON ADMINISTRATIVE SERVICES, INC. and
P.M.H. INTERNATIONAL INC. also d/b/a HELLE COMFORT,

Defendants.
===========================================================

### NOTICE OF APPEARANCE WITH CERTIFICATE OF SERVICE
===========================================================

Vail & Schneider, P.C.
Attorneys for Defendants
275 Madison Avenue, Suite 1100
New York, NY 10016
Telephone: 212-697-0808

===========================================================

### CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the within Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, PC
1450 Broadway
New York, NY 10018

Dated: New York, New York
February 13, 2008

/s/ Warren A. Schneider
WARREN A. SCHNEIDER (WS3136)
wschneider@vs-law.com
VAIL & SCHNEIDER, P.C.
Attorneys for Defendants
275 Madison Avenue - Suite 1100
New York, New York 10016
212-697-0808