UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
------------------------------------------------------------------x  08 CV 0520 (CM)
CALANA SL,

                              Plaintiff,

                           v.

MADISON ADMINISTRATIVE SERVICES, INC.
and P.M.H. INTERNATIONAL, INC.
also d/b/a HELLE COMFORT,

                              Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorneys hereby appear on behalf of the defendants Madison Administrative Services, Inc. and P.M.H. International, Inc. also d/b/a Helle Comfort.

Dated: New York, New York
        February 13, 2008

                                            VAIL & SCHNEIDER, P.C.
                                            Attorneys for Defendants

                                            By s/_____
                                               Warren A. Schneider (WS3136)
                                          275 Madison Avenue - Suite 1100
                                          New York, New York 10016
                                          212-697-0808

TO:    BALLON STOLL BADER & NADLER, P.C.
          Attorneys for Plaintiff
          1450 Broadway
          New York, NY 10018
          212-575-7900

and    CLERK, UNITED STATES DISTRICT COURT
          500 Pearl Street
          New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
2008 CV 0520 (CM)

CALANA SL,

Plaintiff,

vs.

MADISON ADMINISTRATIVE SERVICES, INC. and
P.M.H. INTERNATIONAL INC. also d/b/a HELLE COMFORT,

Defendants.

## NOTICE OF APPEARANCE WITH CERTIFICATE OF SERVICE

Vail & Schneider, P.C.
Attorneys for Defendants
275 Madison Avenue, Suite 1100
New York, NY 10016
Telephone: 212-697-0808

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the within Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, PC
1450 Broadway
New York, NY 10018

Dated: New York, New York
February 13, 2008

/s/ Warren A. Schneider
WARREN A. SCHNEIDER (WS3136)
wschneider@vs-law.com
VAIL & SCHNEIDER, P.C.
Attorneys for Defendants
275 Madison Avenue - Suite 1100
New York, New York 10016
212-697-0808