UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
------------------------------------------------------------------x  **08 CV 0520 (CM)**
CALANA SL,

                              Plaintiff,

                               v.

MADISON ADMINISTRATIVE SERVICES, INC.
and P.M.H. INTERNATIONAL, INC.
also d/b/a HELLE COMFORT,

                              Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE BE ADVISED, that the undersigned hereby appears as an additional member of the firm of Vail & Schneider, P.C., counsel for the defendants in the above-captioned action, and requests that the Court add him to the list of those receiving Notices of Electronic Filing.

Dated: New York, New York
       February 13, 2008

                                                /s/ Jeffrey T. Vail
                                                JEFFREY T. VAIL (JV-0970)
                                                jvail@vs-law.com
                                                VAIL & SCHNEIDER, P.C.
                                                Attorneys for Defendants
                                                275 Madison Avenue - Suite 1100
                                                New York, New York 10016
                                                212-697-0808

TO:   BALLON STOLL BADER & NADLER, P.C.
        Attorneys for Plaintiff
        1450 Broadway
        New York, NY 10018
        212-575-7900

and   CLERK, UNITED STATES DISTRICT COURT
        500 Pearl Street
        New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, NEW YORK
2008 CV 0520 (CM)

===========================================================

CALANA SL,

Plaintiff,

vs.

MADISON ADMINISTRATIVE SERVICES, INC. and
P.M.H. INTERNATIONAL INC. also d/b/a HELLE COMFORT,

Defendants.

===========================================================

### NOTICE OF APPEARANCE WITH CERTIFICATE OF SERVICE

===========================================================

Vail & Schneider, P.C.
Attorneys for Defendants
275 Madison Avenue, Suite 1100
New York, NY 10016
Telephone: 212-697-0808

===========================================================

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the within Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, PC
1450 Broadway
New York, NY 10018

Dated: New York, New York
February 13, 2008

/s/ Jeffrey T. Vail
JEFFREY T. VAIL (JV-0970)
jvail@vs-law.com
VAIL & SCHNEIDER, P.C.
Attorneys for Defendants
275 Madison Avenue - Suite 1100
New York, New York 10016
212-697-0808