UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CALANA SL,

                         Plaintiff,

                                                                                   08 Civ. 520 (CM)(AJP)

   v.

MADISON ADMINISTRATIVE SERVICES, INC.
and P.M.H. INTERNATIONAL, INC.
also d/b/a HELLE COMFORT,

                         Defendants.
------------------------------------------------------------x

## DEFENDANTS' RULE 7.1(a) DISCLOSURE STATEMENT

None.

Dated: New York, New York
       April 15, 2008

                                                    VAIL & SCHNEIDER, P.C.
                                                    Attorneys for Defendants

                                                    By s/ _____
                                                        Warren A. Schneider (WS3136)
                                                  275 Madison Avenue - Suite 1100
                                                  New York, New York 10016
                                                  212-697-0808

TO:   BALLON STOLL BADER & NADLER, P.C.
       Attorneys for Plaintiff
       1450 Broadway
       New York, NY 10018
       212-575-7900

and   CLERK, UNITED STATES DISTRICT COURT
       500 Pearl Street
       New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
2008 Civ. 520 (CM)(AJP)
============================================================

CALANA SL,

Plaintiff,

vs.

MADISON ADMINISTRATIVE SERVICES, INC. and
P.M.H. INTERNATIONAL INC. also d/b/a HELLE COMFORT,

Defendants.
============================================================

### DEFENDANTS' RULE 7.1(a) DISCLOSURE STATEMENT
============================================================

Vail & Schneider, P.C.
Attorneys for Defendants
275 Madison Avenue, Suite 1100
New York, NY 10016
Telephone: 212-697-0808
============================================================

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the within Defendants' Rule 7.1(a) Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Susan Schneiderman, Esq.
Ballon Stoll Bader & Nadler, PC
729 Seventh Avenue, 17th Floor
New York, NY 10019-6887

Dated: New York, New York
       April 15, 2008

/s/ Warren A. Schneider
WARREN A. SCHNEIDER (WS3136)
wschneider@vs-law.com
VAIL & SCHNEIDER, P.C.
Attorneys for Defendants
275 Madison Avenue - Suite 1100
New York, New York 10016
212-697-0808