UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Calana SL,

                                      08 Civ. 520 (CM)(AJP)

                 Plaintiff(s),

                                      ORDER OF REFERENCE
         -against-                              TO A MAGISTRATE JUDGE

Madison Administrative Services, Inc., et al,

                 Defendant(s).
------------------------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | _____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* <br><br> Discovery Disputes | _____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction <br><br> Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | _____ Habeas Corpus <br><br> _____ Social Security |
| _____ Settlement* | _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| _____ Inquest After Default/Damages Hearing | Particular Motion:_____ <br><br> All such motions:_____ |

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/18/08]

* Do not check if already assigned for general pretrial.

Dated: July 18, 2008
New York, New York

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge