# VAIL & SCHNEIDER, P.C.

ATTORNEYS AT LAW
275 MADISON AVENUE
SUITE 1100
NEW YORK, N.Y. 10016

TELEPHONE [212] 697-0808
FAX [212] 697-3637

By Fax: 212-805-6326

July 16, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

Honorable Colleen McMahon, USDJ
United States Courthouse
500 Pearl Street - Room 640
New York, NY 10007

**MEMO ENDORSED**

RE: *Calana SL v. Madison Administrative Services Inc.
and PMH International Inc. d/b/a Helle Comfort*
08 Civ. 520 (CM) (AJP)

Dear Judge McMahon:

We respectfully call to your attention our letter of June 30, 2008, a copy of which is enclosed herewith for your convenient reference.

We are following up on this matter solely because the date for completion of discovery in the action, July 28, 2008, is rapidly approaching.

Very truly yours,

VAIL & SCHNEIDER, P.C.
Attorneys for Defendants

By [signature]
Warren A. Schneider WS3136

WAS:rb
cc: Susan Schneiderman, Esq.

[handwritten endorsement:]
7/17/08
1) I never received this letter
2) You should have gone to the Magistrate Judge long ago — why wait until June?
3) Order of preference attached.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Calana SL,

              08 Civ. 520 (CM)(AJP)

      Plaintiff(s),

              ORDER OF REFERENCE
 -against-           TO A MAGISTRATE JUDGE
Madison Administrative Services, Inc., et al,

      Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Andrew J. Peck, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* <br><br> Discovery Disputes | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus <br><br> ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | Particular Motion:_____ <br><br> All such motions:_____ |

[USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/18/08]

* Do not check if already assigned for general pretrial.

Dated: July 18, 2008
New York, New York

              SO ORDERED:

              _____
              Hon. Colleen McMahon
              United States District Judge