UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _7/21/08_

------------------------------------------ x

CALANA SL,

           Plaintiff,

           -against-

MADISON ADMINISTRATIVE SERVICES, INC.
& P.M.H. INTERNATIONAL, INC.,

           Defendants.

------------------------------------------ x

08 Civ. 0520 (CM) (AJ))

ORDER SCHEDULING
DISCOVERY CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Wednesday, July 23, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        SO ORDERED.

Dated:    New York, New York
             July 21, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Susan Schneiderman, Esq.
                                    Warren A. Schneider, Esq.
                                    Judge Colleen McMahon