```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Calana SL

                Plaintiff(s),

- against -

Madison Administrative Services, Inc. et ano

                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

08 Civ. 0520 ( ) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

      1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

      2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address 729 Seventh Ave, NY, NY
Telephone 212-575-7900 x3315

VAIL + SCHNEIDER PC
by Wain A Schneider
_____
Attorney(s) for Defendant(s)   WS 3136
Address 275 Madison Ave - Suite 1100
Telephone New York NY 10016
212/697-0808

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED,

_____
U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.


For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99