UNITED STATES DISTRICT COURT
SOUTFIERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CALANA SL,

                      Plaintiff,                      08 Civ. 520 (CM) (AJP)

      -against-

MADISON ADMINISTRATIVE SERVICES, INC.
and P.M.H. INTERNATIONAL, INC. also d/b/a
HELLE COMFORT,

                      Defendants.
------------------------------------------------------------x

CALANA'S SUPPLEMENTAL
<u>RULE 26(a)(1) DISCLOSURES</u>

Plaintiff, Calana SL ("Calana"), pursuant to FRCP Rule 26(e)(1) and the July 23, 2008 Order of Hon. Andrew J. Peck, hereby supplements its Rule 26(a)(1) Disclosures dated April 11, 2008:

**(A)** <u>**Identification of Additional Individuals Likely to Have Discoverable Information Which Calana May Use to Support its Claims or Defenses.**</u>

| **Individual** | **Subjects of Information** |
|---|---|
| **Juan Carlos Romero Sanchez**<br>President and General Director<br>Calana SL.<br>Avda. Hispano America,<br>S/N, 03638 Salinas,<br>Alicante, Spain. | Mr. Sanchez participated in and has knowledge of all aspects of the transactions with the defendants. Mr. Sanchez is also knowledgeable concerning the history of the relationship between Calana and the defendants. |
| **Jose Joaquin Chico Nieto**<br>Manager of Exportation<br>Madison Administrative Services, Inc.<br>Calana SL.<br>Avda. Hispano America,<br>S/N, 03638 Salinas,<br>Alicante, Spain. | General information concerning Calana's procedures for export of product by Calana to the United States and specific information concerning the transactions at issue. |

{SS0030;1}

**(B)** **Identification of Documents, Data Compilations and Tangible Things in Calana's Possession, Custody or Control Which May be Used to Support Calana's Claims or Defenses.**

Produced under separate cover are documents numbered Calana 000237 through Calana 000449. Each of these documents was previously produced. However, they are now produced assorted by each outstanding Invoice followed by its supporting transactional documentation.

## RESERVATION OF RIGHTS

Calana reserves the right to supplement these disclosures should it become aware of additional responsive information and/or documents not disclosed herein.

Dated: New York, New York
July 31, 2008

BALLON STOLL BADER & NADLER, PC
*Attorneys for Plaintiff*

By: _____
       Susan Schneiderman (SS9840)
729 Seventh Avenue, 17th Floor
New York, New York  10019
(p) 212-575-7900
(f) 212-764-5060
sschneiderman@ballonstoll.com